CHARLES SASSON, Respondent, v. WILLIAM A. HARDER and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of BENJAMIN WAXENBERG, an Attorney.— Motion granted; proceeding dismissed. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ESTHER POLSKY v. WILLIAM E. WALSH and Others, Composing the Board of Appeals of the City of New York.— Preference granted for April 14, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CATHERINE CONROY v. THE CITY OF NEW YORK.— Preference granted for April 19, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY COHEN and Another v. JAMES A. TIMONY and Others.— Motion denied. Present — Dowling, P. J., Finch, McAvoy Martin and O'Malley, JJ.

HOME INSURANCE COMPANY v. T. A. GILLESPIE LOADING COMPANY.— Motion granted so far as to permit the United States Attorney for the Southern District of New York and the Attorney-General of the United States to file briefs as amici curiæ on the appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK SILVER v. PARK-LEX HOLDING CORPORATION and Others, Impleaded with JOSEPH CORN, Appellant.— Motion granted upon condition that appellant procure appeal to be argued or submitted on the 22d day of April, 1927; if said condition be not complied with, motion denied. No extension of time will be granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RICHARD L. MORRIS and Others v. M. L. BIEDERMAN & COMPANY BANKAKTIENGESELLSCHAFT and Another, Impleaded, etc.— Motion granted on condition that appellants procure appeal to be argued or submitted on April 22, 1927; if said condition be not complied with, motion denied. No extension of time will be granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ELMER KEVLON.— Preference granted for April 19, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS FINN.— Preference granted for May 3, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABE J. SILVER v. CHARLES MILLER.— Motion granted and the time of appellant to serve and file case on appeal extended to and including April 25, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KENNETH BRISTOL v. JOHN H. DAHN and Another.— Motion granted and injunction continued pending appeal, on condition that appellant procure appeal to be argued or submitted on April 22, 1927; if said condition be not complied with, motion denied and said injunction vacated. No extension of time will be granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES N. BUTTERLY, Individually and as Stockholder, etc., Suing, etc., v. NORTHERN TERMINAL CORPORATION OF NEW YORK and Others.— Motion granted on condition that appellant procure appeal to be argued or submitted on April 22, 1927; if said condition be not complied with, motion denied. No extension